C-13-15(ECF)
(Rev. 3/04)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Charles Edward Young, Jr. | ) | **MOTION** |
| | ) | **CHAPTER 13** |
| | ) | |
| | ) | No: B 09-82255 C-13D |
| | ) | |
| Debtor | ) | |

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Debtor has failed to make the ongoing payments to the Chapter 13 Office since the filing of the case and is delinquent in the amount of $1,903.00. The Standing Trustee's office has contacted the Debtor regarding this issue, and the Debtor has not responded.

The Standing Trustee respectfully recommends to the Court that the Debtor be dismissed prior to confirmation for nonpayment of the required payments to the Chapter 13 Office since the filing of this case.

Date: March 26, 2010                                                              s/Richard M. Hutson, II
RMH:ltp                                                                                          Standing Trustee

---

### NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite C280, 302 East Pettigrew Street, Durham, NC, on **July 22, 2010**, at 12:00 p.m.; at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: March 26, 2010                                                                                    OFFICE OF THE CLERK
                                                                                                                                 U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
PAGE 1 OF 1
B 09-82255 C-13D

Charles Edward Young, Jr.
3114 Ridgestone Parkway
Durham, NC 27712

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC  27702