C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-09-82255  C-13D |
| Charles E. Young, Jr. | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DENYING CONFIRMATION OF PLAN

On September 9, 2010, a hearing was held on confirmation of the Debtor's proposed plan.  At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor, and Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee. The Court, after considering the proposed plan and having heard and considered the statements of counsel and the attorney for the Trustee, finds that the proposed plan should not be confirmed; therefore, it is

ORDERED that confirmation of the Debtor's proposed plan is denied.

**PARTIES IN INTEREST**
**Page 1 of 1**
**09-82255 C-13D**

Charles E. Young, Jr.
3114 Ridgestone Pkwy
Durham, NC 27712

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702